**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*11:58 am, Apr 27, 2021*
**JEFFREY P. COLWELL, CLERK**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. _____
(To be supplied by the court)


SALAHUDDIN BUKHARI HALL , Plaintiff

v.


U.S ENGINEERING CONSTRUCTION ,

_____ ,

_____ ,

_____ , Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

**EMPLOYMENT DISCRIMINATION COMPLAINT**

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

A.  **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

SALAHUDDIN BUKHARI HALL  12153 W Nevada Dr, Apt #20, Lakewood, Colorado, 80228
  (Name and complete mailing address)

929-333-0060      salah3333333333@gmail.com
  (Telephone number and e-mail address)

B.  **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

  Defendant 1:   US ENGINEERING CONSTRUCTION – c/o COGENCY GLOBAL INC,
            (Name and complete mailing address)

            7700 E Arapahoe Road, Suite 220, Centenniel, CO 80112   303.629.1244
            (Telephone number and e-mail address if known)


  Defendant 2:
            (Name and complete mailing address)

            (Telephone number and e-mail address if known)

C.  **JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

  __X__   Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

  __X__   Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

  _____   Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

  _____   Other: (*please specify*) _____

**D.   STATEMENT OF CLAIM(S) - 1**

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:   <u>DISCRIMINATION</u>

The conduct complained of in this claim involves the following: (*check all that apply*)

    ____ failure to hire      ____ different terms and conditions of employment

    ____ failure to promote      ____ failure to accommodate disability

     X  termination of employment      X  retaliation

    ____ other: (*please specify*) ____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

     X  race      X  religion      X  national origin      ____ age

    ____ color      ____ sex      ____ disability

Supporting facts:
TITLE VII DISCRIMINATION

1. I am a man of Arab and Black race and Muslim religion.
2. I began my employment with the Respondent on July 1, 2019 as a Sheet Metal Journeyman. I was qualified for my job and performed my duties in a satisfactory manner at all times.. Another black journeyman was a witness to my foreman stating, "I'm going to get this nigger fired," referring to me. I also learned from coworkers that both of my foremen sent each other text messages regarding me and how they could "get this nigger to quit." My second foreman wrote out signs for me, such as "Go back to New York," which is where I am from. He also stated to me, "I'm going to write you up for every little thing to help your black ass get back to New York" and to "pray on your own time." This treatment was also witnessed by at least one other employee. Nothing was done to correct this conduct.
3. They took adverse action by terminating my employment on September 26,2019 for pretextual reasons.

**D.      STATEMENT OF CLAIM(S) - 2**

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim.  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM TWO:  <u>HOSTILE WORK ENVIRONMENT</u>

The conduct complained of in this claim involves the following: (*check all that apply*)

      ___ failure to hire        ___ different terms and conditions of employment

      ___ failure to promote        ___ failure to accommodate disability

      _X_ termination of employment        _X_ retaliation

      ___ other: (*please specify*)

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

      _X_ race        _X_ religion        _X_ national origin        ___ age

      ___ color        ___ sex        ___ disability

      Supporting facts:
TITLE VII HOSTILE WORK ENVIRONMENT

1. I hereby incorporate all all previous allegations.
2. During my employment, I was subjected to harassment by two foremen (both Hispanic). My first foreman called me a "pussy" and stated, "What the fuck is wrong with you?" When I was recalled to work with the Respondent on September 12, 2019, I began to be harassed by another foreman as well. Another black journeyman was a witness to my foreman stating, "I'm going to get this nigger fired," referring to me. I also learned from coworkers that both of my foremen sent each other text messages regarding me and how they could "get this nigger to quit." My second foreman wrote out signs for me, such as "Go back to New York," which is where I am from. He also stated to me, "I'm going to write you up for every little thing to help your black ass get back to New York" and to "pray on your own time." This treatment was also witnessed by at least one other employee.
3. I was being targeted because of my religion in the comments made about my prayers and also because of my ethnicity, constantly being referred to by racial slurs.

4. My employer was fully aware as I called the company and also complained to the union. In addition, my black coworker engaged in protected activity by making a complaint to the Respondent and through union Local 9 Sheet Metal regarding the discriminatory comments. Nothing was done to correct this conduct. On September 26, 2019, I was terminated for pretextual reasons.

**D. STATEMENT OF CLAIM(S) - 3**

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM THREE: <u>RETALIATION</u>

The conduct complained of in this claim involves the following: (*check all that apply*)

|  |  |
|---|---|
| ___ failure to hire | ___ different terms and conditions of employment |
| ___ failure to promote | ___ failure to accommodate disability |
| _X_ termination of employment | _X_ retaliation |
| ___ other: (*please specify*) | |

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

_X_ race     _X_ religion     _X_ national origin     ___ age

___ color     ___ sex     ___ disability

Supporting facts:
TITLE VII RETALIATION

1. I hereby incorpoarate all previous charges
2. 1 engaged in protected activity by complaining to the company and union about all previously described violations of my civil rights under Title VII.
3. After complaining my employment was terminated by the respondent. Two other black foremen were forced to quit their jobs with the Respondent due to discriminatory conduct by Respondent's Hispanic foreman.
4. After complaining I was told to "keep my head down, don't say nothing." When I did, my employment was terminated

**E.	ADMINISTRATIVE PROCEDURES**

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

      X   Yes  (***You must attach a copy of the administrative charge to this complaint***)

    _____ No

Have you received a notice of right to sue? (*check one*)

      X   Yes  (***You must attach a copy of the notice of right to sue to this complaint***)

    _____ No

**F.	REQUEST FOR RELIEF**
*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

1. Economic Relief
2. Compensatory – pain and suffering
3. Punitive/ Willfulness Damages
4. Pre and Post Judgement Interest
5. I demand a jury

**G.	PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Salahuddin Hall*
(Plaintiff's signature)

04/27/2021
 (Date)

(Form Revised December 2017)