UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLORADO

| | | |
|---|---|---|
| **SALAHUDDIN BUKHARI HALL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 21-cv-01158-STV |
| | ) | |
| **U.S. ENGINEERING CONSTRUCTION, LLC** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant U.S. Engineering Construction, LLC makes the following disclosure through its undersigned counsel:

U.S. Engineering Construction, LLC identifies U.S. Engineering Company Holdings, a Missouri corporation, as its parent corporation and further states there is no publicly-held corporation that owns any interest in U.S. Engineering Construction, LLC.

Dated this 8th day of June 2021.

Respectfully submitted,

LATHROP GPM LLP

*/s/ Bridget B. Romero*
Bridget B. Romero, (*Admitted to D. Colorado*)
Rebecca S. Yocum, (*Admitted to D. Colorado*)
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108
Telephone: 816.292.2000
Facsimile: 816.292.2001
bridget.romero@lathropgpm.com
rebecca.yocum@lathropgpm.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing was served via e-mail and mail, U.S. First class mail, postage prepaid, this 8th day of June 2021, to:

Salahuddin Bukhari Hall
12153 W Nevada Dr., Apt #20
Lakewood, Colorado 80228
salah3333333333@gmail.com

            */s/ Bridget B. Romero*
            An Attorney for Defendant U.S. Engineering Construction