Salahuddin Bukhari Hall – Plaintiff

V.

U.S. Engineering Construction LLC – Defendant

Civil Action No. 21-cv-01158-WJM-STV

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2021 SEP 17 PM 1:58
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

## Initial Rule 26(a) Disclosures of Salahuddin Hall

### A. Individuals

1. Jamal Hardeway, My co-worker. Mr. Hardeway was standing next to me while I was getting abuse from Mr. John Perez.

2. Roman Navjoks, My co-worker. Mr. Navjoks was present at the union meeting where Mr. John Perez was calling me out of my name.

3. De Vale Johnson Jr., General Contractor of my previous job site. Mr. Johnson can vouch for my character at previous job sites.

4. John Perez (Member Number 996-980 Local 9 Sheet Metal Union), My previous foreman at U.S. Engineering Construction LLC. Mr. Perez has pertinent knowledge of my current disagreement with U.S. Engineering Construction LLC.

5. Karol Przybylek, Current supervisor. Mr. Przybylek will provide letter outlining my character, quality of work, and work ethics.

6. Any individuals identified by the defense.

7. Any individuals identified in documents produced by the defense.

### B. Documents

1. Text messages between John Perez and Unique Palmer. These messages describe them making a bet on who could make me quit first.

2. Testimony from my NLRB Trial. Case No. 27-CB-256117.

3. Text messages between John Alvino and Salahuddin Hall

4. Text messages between Vicky Shields and Salahuddin Hall

5. Video of the union trial showing John Perez calling me out of my name with me stopping the meeting.

C. **Computation of Damages**

1. $80,000 – Lost wages

2. $70,000 – Non-Economical damages and mental anguish

3. $100,000 – Punitive damages

### Certificate of Service

I hereby certify that a copy of the above and foregoing was served via e-mail to Rebecca S. Yocum at rebecca.yocum@lathropgpm.com on September 17th 2021. A copy of the above was also given to the courts on September 17th 2021.